Ellen McGee, Administratrix of Estate of John McGee, Deceased, Appellant, v. Everett Henry, Appellee.

Gen. No. 9,690.

opinion filed January 27, 1942. H. H. Patterson and Ray F. Faulkner, for appellant; Edmund C. Maurer, of counsel; Burke & Schenk, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''

J. E. Barber, Administrator of Estate of Anna S. Eber, Deceased, Appellee, v. Clyde R. Northcutt, Appellant.

Gen. No. 9,696.

opinion filed January 27, 1942. Dixon, Devine, Bracken & Dixon, for appellant; Robert L. Bracken, of counsel; Gardner & Gardner, for appellee; Fred E. Gardner, of counsel. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''